**AMENDED SYNOPSIS**

**Name:**   KEITH A. LOTHROP

**Address:**   Paris, Maine

**Year of Birth:**   1964
**Age:**   43

Counts 1 & 3
**Violation:**   18 U.S.C. § 922(g)(1)
Possession of a Firearm By a Felon

Counts 2 & 4
**Violations:**   18 U.S.C. § 922(g)(9)
Possession of a Firearm By a Felon

Counts 1 - 4
**Penalties:**   18 U.S.C. § 924(a)(2)
Imprisonment not more than 10 years; Fine not to exceed $250,000, or both.

Counts 1 - 4
**Supervised Release:**   Not more than 3 years.

Counts 1 -4
**Maximum Term of Imprisonment
for Violation of Supervised Release:**   Not more than 2 years.

Counts 1 - 4
**Maximum Term of Supervised Release Following Revocation:**   Three years less term of imprisonment imposed upon revocation of supervised release.

**Defendant's Attorney**: Unknown

**Detention Status:**   Summons to be issued

**Foreign National:**   N/A

**Consular Notification Provided:**   N/A

**County of Offense:**   Oxford

**AUSA:**   Helene Kazanjian

**Guidelines:**   The Sentencing Guidelines apply to this case.

**Victim Case:**   Yes

**Corporate Victims Owed Restitution:**   None

**Felony Assessments:**   $100 per count

**Caption of Any Related Search Warrants**:  None