## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.** |
| | ) | **(18 U.S.C. §§ 922 (g)(1) and (9))** |
| **KEITH A.  LOTHROP** | ) | |

## PROSECUTION VERSION

If the United States were to proceed to trial in this case, it would introduce evidence of

the following:

On about May 17, 1985 Keith A. Lothrop was convicted of the following crime

punishable by imprisonment for a term exceeding one year:

Criminal Threatening with a Dangerous Weapon, Class C, Androscoggin County (Maine)
Superior Court, Docket Number 84-543

On about November 8, 2004, Keith A Lothrop was convicted of the following

misdemeanor crime of domestic violence:

Assault, Oxford County (Maine), South Paris District Court, Docket Number SOPDC-
CR-2004-00849

In 2004 and 2005, Keith Lothrop lived at 21 Cobb Road in Norway, Maine.  Prior to

January 8, 2005, Angela Smith also lived at that residence as Lothrop's domestic partner.  On

January 8, 2005, Norway Police Officer Laliberte accompanied Angela Smith to 21 Cobb Road

in Norway, Maine so that she could pick up some of her belongings.  The defendant was residing

at that address at that time.  Officer Laliberte seized the parts of two receivers which belonged to

Lothrop.  Specifically Officer Laliberte seized the following:

1.  Lee-Enfield, Number 4, Mark 1 .303 British cal. receiver, serial number X31699; and

2. Long Branch Arsenal, Lee-Enfield, Number 4, Mark 1, .303 British cal.  receiver, serial

number 89L6663.

The receivers seized were designed to and could be readily converted to expel a projectile by action of an explosive and were manufactured outside the State of Maine.

On January 21, 2005, ATF agents executed a federal search warrant at Lothrop's residence at 21 Cobb Road in Norway, Maine.  During the search they found the following items:

1.  Henry Repeating Arms Co., U.S. Survival Model, .22 caliber rifle, serial number US03730; and

2. .22 caliber ammunition;

3. .303 caliber ammunition

The Henry Arms, Model U.S. Survival, .22 caliber rifle and the ammunition seized from Lothrop's house were made outside the State of Maine. Lothrop admitted to an agent at the scene that he had been convicted in South Paris District Court for a misdemeanor crime of assault on November 8, 2004 and that the assault stemmed from a dispute he had with his ex-girlfriend.  He claimed that he had intended to transfer the Henry Arms, Model U.S. Survival, .22 caliber rifle to a friend after he was convicted but had not gotten around to it.

Date:   September 30, 2008                          /s/ Hélène Kazanjian
                                                   Hélène Kazanjian
                                                   Assistant United States Attorney
                                                   100 Middle Street
                                                   East Tower, 6th Floor
                                                   Portland, ME 04101
                                                   helene.kazanjian@usdoj.gov
                                                   207-771-3246

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on September 30, 2008, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James Andrew Clifford, Esq.
Taylor, McCormack &Frame
4 Milk Street
Suite 103
Portland, ME 04101
207-828-2005
jclifford@tmfattorneys.com

                          /s/ Hélène Kazanjian
                         Hélène Kazanjian, AUSA
                         Office of United States Attorney
                         100 Middle Street
                         East Tower, 6th Floor
                         Portland, ME 04101
                         (207) 771-3236
                         helene.kazanjian@usdoj.gov